N. MARKS BUMP, Respondent, v. DELAWARE, LACKA-WANNA AND WESTERN RAILROAD COMPANY, Appellant.

*Bump* v. *Delaware, L. & W. R. R. Co.*, 157 App. Div. 102, affirmed.
(Argued May 6, 1915; decided June 1, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,

entered May 31, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. The complaint alleged that while plaintiff was engaged in the performance of his duties as a rodman in defendant's engineer corps he slipped from a tie in such manner that his foot caught in a space between the tie and a switch rod and that while thus caught he was injured by a passing train.

*Halsey Sayles* for appellant.

*Frederick W. Welsh* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.